UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    -v.-

DANIEL ALMONTE,
    a/k/a "Anthony Torres,"

                Defendant.

- - - - - - - - - - - - - - - - - - - x



08 CRIM 716

COUNT ONE

The Grand Jury charges:

From at least on or about May 15, 2008, in the Southern District of New York and elsewhere, DANIEL ALMONTE, a/k/a "Anthony Torres," the defendant, being an alien, unlawfully, willfully, and knowingly, did enter and was found in the United States, after having been removed from the United States on or about December 15, 2004, subsequent to a conviction for the commission of a felony, to wit, a conviction on or about January 9, 2004, in New York Supreme Court, New York County, of criminal possession of a controlled substance in the second degree, in violation of New York Penal Law 220.18, without having obtained the express consent of the Attorney General of the United States, or his successor, the Secretary for the Department of Homeland Security, to reapply for admission.

(Title 8, United States Code, Sections 1326(a) & (b)(1).)


_____          _____
FOREPERSON                               MICHAEL J. GARCIA
                                         United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

===

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

===

UNITED STATES OF AMERICA

- v. -

DANIEL ALMONTE
a/k/a "Anthony Torres,"

Defendant.

===

### INDICTMENT

08 Cr.

(8 U.S.C. § 1326(a) & (b)(1).)


---
MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

*[signature]*
Foreperson.

===

8/4/08 Filed Indictment Case Assigned to Judge Sweet. / Mag. Judge Katz